Form 3A
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Denise K Holder _____    Case No. _____

                                              Debtor(s)    Chapter    13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ _274.00_ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

   $ _____68.50_____  Check one    ■  With the filing of the petition, or
                                       ☐  On or before    _____

   $ _____68.50_____  on or before    _____

   $ _____68.50_____  on or before    _____

   $ _____68.50_____  on or before    _____

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date    February  9, 2007 _____    Signature    /s/ Denise K Holder _____
                                                          Denise K Holder
/s/ JEFFRY A. DAHLBERG _____                    Debtor
Attorney for Debtor(s)
JEFFRY A. DAHLBERG
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Fax: (815) 877-7965
www.balsleylawoffice.com